

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**CARLA GRAFF**

carla.graff@dechert.com
+1 215 994 2513  Direct
+1 215 994 2222  Fax

May 17, 2024

**VIA CM/ECF**

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Solomon Carter v. John E. Wetzel*, Case No. 22-1643
　　Motion to Be Released from Appointment by Will W. Sachse and Carla G. Graff

Dear Clerk of Court:

I write on behalf of myself and my co-counsel Will W. Sachse, as well as our law student counsel Crawford G. Schneider, to be released from our representation of Mr. Carter in the above-captioned action.

We were appointed to represent Mr. Carter as *pro bono* counsel as part of the Penn Appellate Clinic. We have reached a point at which we are no longer able to work with Mr. Carter, and Mr. Carter informed us today that he no longer wants our services and has terminated our client relationship.

Mr. Carter has also requested that we ask the Court, on his behalf, for additional time to file his reply brief or seek other counsel in light of these circumstances.

Sincerely,

*/s/ Carla G. Graff*
Carla G. Graff

cc:  All counsel of record via CM/ECF